# UNITED STATES DISTRICT COURT
for the
District of Alaska

| | |
|---|---|
| United States of America<br>v.<br>Miguel Pineiro, Jr.<br><br>_Defendant(s)_ | )<br>)<br>)  Case No.  3:21-mj-00089-MMS<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of _____February 18, 2021_____ in the county of _____Anchorage_____ in the
_____ District of _____Alaska_____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841(a)(1) and (b)(1)(A) | Possession of Methamphetamine with Intent to Distribute |

This criminal complaint is based on these facts:



☑ Continued on the attached sheet.

_____
Complainant's signature

TFO Dale Boothroyd, DEA
_Printed name and title_

Signed electronically and sworn telephonically.

Date:  February 21, 2021

City and state:  Anchorage, Alaska

_____
Matthew M Scoble, Chief Magistrate Judge
_Printed name and title_